RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

CO-386-online
10/03

# United States District Court
# For the District of Columbia

2007 JAN 31 PM 5:25

NANCY M. MAYER-WHITTINGTON
CLERK

**FILED**

JAN 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CATHERINE MOLNER, Derivatively on )
Behalf of Nominal Defendant SUNRISE )
SENIOR LIVING, INC., )
                                    )
              Plaintiff             )   CASE NUMBER 1:07CV00227
        vs                          )
                                    )   JUDGE: Reggie B. Walton
PAUL J. KLAASSEN, ET AL             )
                                    )   DECK TYPE: General Civil
                                    )
              Defendant             )   DATE STAMP: 1/31/2007

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Plaintiff** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Sunrise Senior Living, Inc.** which have any outstanding securities in the hands of the public: *None*

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

**414458**
BAR IDENTIFICATION NO.

**John C. Pasierb**
Print Name

**2200 Wilson Boulevard**
Address

**Arlington,**   **VA**      **22152**
City              State      Zip Code

**(703)875-2260**
Phone Number

3