AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CATHERINE MOLNER,

        Plaintiff(s)    )
                             )   **APPEARANCE**

        vs.          )   CASE NUMBER   1:07-cv-00227
SUNRISE SENIOR LIVING, INC., ET AL )

        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Jon M. Talotta  as counsel in this
                                    (Attorney's Name)

case for:  Sunrise Senior Living, Inc.
              (Name of party or parties)


June 14, 2007                                    /s/ Jon M. Talotta
Date                                                Signature

                                                  Jon M. Talotta
473626                                               Print Name
BAR IDENTIFICATION
                                                Hogan & Hartson LLP - 8300 Greensboro Drive
                                                Address

                                                McLean, VA 22102
                                                City       State       Zip Code

                                                703-610-6100
                                                Phone Number