AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CATHERINE MOLNER,

      Plaintiff(s)   )   **APPEARANCE**

vs.   )   CASE NUMBER   1:07CV00227

PAUL J. KLAASSEN, et al.

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  N. Thomas Connally  as counsel in this
      (Attorney's Name)

case for:  Sunrise Senior Living, Inc.
      (Name of party or parties)

June 14, 2007
Date

/s/ N. Thomas Connally
Signature

448355
BAR IDENTIFICATION

N. Thomas Connally
Print Name

Hogan & Hartson - 8300 Greensboro Drive
Address

McLean, VA 22102
City    State    Zip Code

703-610-6126
Phone Number