UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: SUNRISE SENIOR LIVING, INC.   : | |
| Derivative Litigation                      : | |
|                                                       : | |
| _____: | Civil Action No. 07-00143 (RBW) |
| This Document Relates To:              : | |
|                                                       : | |
|    ALL ACTIONS                           : | |
|                                                       : | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of John C. Millian as counsel in this case for Defendants Carl Adams, Ronald V. Aprahmian, Craig R. Callen, Thomas J. Donohue, David W. Faeder, John F. Gaul, J. Douglas Holladay, Larry E. Hulse, Paul L. Klaassen, Teresa M. Klaassen, Peter A. Klisares, William Little, Jr., Scott F. Meadow, Thomas B. Newell, Robert R. Slager, Christian B.A. Slavin, Timothy S. Smick, Brian C. Swinton and Tiffany L. Tomasso.

August 27, 2007                                  _____/s/_____
                                                                   John C. Millian (DC Bar No. 413721)
                                                                   GIBSON, DUNN & CRUTCHER LLP
                                                                   1050 Connecticut Avenue, N.W.
                                                                   Washington, D.C.  20036
                                                                   (202) 955-8500