UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation | ) ) ) ) | Civil Action No. 1:07CV00143 Judge Reggie B. Walton |
| This Document Relates To: ALL ACTIONS | ) ) ) ) ) | |

**MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY
BY NOMINAL DEFENDANT SUNRISE SENIOR LIVING, INC.**

COMES NOW, nominal defendant Sunrise Senior Living, Inc. ("Sunrise"), through undersigned counsel, and respectfully requests that this Court dismiss the Consolidated Shareholder Derivative Complaint (the "Complaint") filed by purported shareholder plaintiffs Brockton Contributory Retirement System, Catherine Molner, and Robert Anderson (the plaintiffs, collectively, "Plaintiffs").

This suit (the "Derivative Suit") should be dismissed because (i) none of the three plaintiffs in this consolidated suit made a presuit demand on Sunrise's board of directors as required by Federal Rule of Civil Procedure 23.1 and the controlling Delaware law, and (ii) the plaintiffs have failed to allege particularized facts explaining why presuit demand was not made.

In the alternative, the Derivative Suit should be stayed in favor of the earlier-filed securities class actions currently pending before and recently consolidated by this Court (the "Class Action"), in the interests of judicial economy and to protect Sunrise's ability to defend itself in the Class Action.

## **CONCLUSION**

For these reasons, and as set forth in more detail in the accompanying memorandum of points and authorities, the Court should dismiss the Derivative Suit or, in the alternative, stay this suit until the Class Action has been resolved.

Respectfully Submitted,

Dated: August 27, 2007                            HOGAN & HARTSON, LLP

/s/     George H. Mernick, III
George H. Mernick, III (DC Bar 294256)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5726
Facsimile:    (202) 637-5910

N. Thomas Connally (DC Bar 448355)
Jon M. Talotta (DC Bar 473626)
8300 Greensboro Drive, Suite 1100
McLean, Virginia  22102
Telephone:   (703) 610-6100
Facsimile:    (703) 610-6200

*Attorneys for Nominal Defendant*
*Sunrise Senior Living, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing, MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY BY NOMINAL DEFENDANT SUNRISE SENIOR LIVING, INC., was served this 27th day of August, 2007, in accordance with the Court's CM/ECF Guidelines. In addition, the forgoing was served this 27th day of August, 2007, via first-class mail, postage prepaid, on:

> Maya Saxena
> Joseph White
> SAXENA WHITE, P.A.
> 2424 North Federal Highway, Suite 257
> Boca Raton, FL  33431
>
> Brian J. Robbins
> Felipe J. Arroyo
> Ashley R. Palmer
> ROBBINS, UMEDA, & FINK, LLP
> 610 West Ash Street, Suite 1800
> San Diego, CA  92101
>
> *Co-Lead Counsel for Plaintiffs*

/s/     Jon M. Talotta
Jon M. Talotta
jmtalotta@hhlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| In Re SUNRISE SENIOR LIVING, INC. | ) | |
| Derivative Litigation | ) | Civil Action No. 1:07CV00143 |
| | ) | Judge Reggie B. Walton |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| ALL ACTIONS | ) | |
| | ) | |

[PROPOSED]
**O R D E R**

This matter comes before the Court on the Motion to Dismiss or, In the Alternative, to Stay by Nominal Defendant Sunrise Senior Living, Inc. ("Sunrise"). Having considered Sunrise's motion and accompanying memorandum of points and authorities, Plaintiffs' opposition thereto, Sunrise's reply, and the entire record herein, it shall be and hereby is ORDERED,

(1) that Sunrise's motion is GRANTED; and

(2) that Counts I-IX and XI of Plaintiffs' Consolidated Shareholder Derivative Complaint are DISMISSED without prejudice.

Entered this ___ day of _____ , 2007

_____
United States District Court Judge