# United States District Court
# For the District of Columbia

In re: SUNRISE SENIOR LIVING, INC.
Derivative Litigation                    )
                                         )    **APPEARANCE**
                                         )
                                         )
                                         )    CASE NUMBER    07-00143 (RBW)
This Document Relates To:                )
All Actions                              )
                                         )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Scott K. Dasovich   as counsel in this
                                 (Attorney's Name)

case for:  David G. Bradley
           (Name of party or parties)


February 22, 2008                          _____/s/ Scott Dasovich_____
Date                                       Signature

                                           Scott Dasovich
                                           Print Name
975575
BAR IDENTIFICATION                         Williams & Connolly LLP-725 Twelfth St. NW
                                           Address

                                           Washington    DC             20877
                                           City          State          Zip Code

                                           202-434-5150
                                           Phone Number