UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
In Re SUNRISE SENIOR LIVING, INC.  )
Derivative Litigation                                )
                                                          )
                                                          )
_____)         **Civil Action No. 07-00143**
                                                          )            **(RBW)**
                                                          )
This Document Relates To:                 )
                                                          )
                                                          )
ALL ACTIONS                                   )
                                                          )
_____)

**ORDER**

Currently before the Court are the defendant's motions to dismiss the consolidated complaint filed in this case, as well as the plaintiffs' subsequent motion to amend that consolidated complaint ("Compl."). In accordance with the Court's rulings in its Memorandum Opinion to be issued hereafter, it s hereby this 28th day of March, 2008

**ORDERED** that the plaintiffs' Motion to Amend the Consolidated Complaint is **GRANTED.** It is further

**ORDERED** that the Clerk of the Court shall accept for filing the plaintiffs' Amended Consolidated Complaint. It is further

**ORDERED** that the defendants' motions to dismiss or in the alternative to stay these pleadings are **DENIED** without prejudice. It is further

**ORDERED** that the plaintiffs shall file their Amended Consolidated Complaint within thirty (30) days of the date of this Order.  It is further

**ORDERED** that the defendants shall file their answer or otherwise respond to the Amended Consolidated Complaint within thirty (30) days after the Amended Consolidated Complaint is filed.  It is further

**ORDERED** that this order shall not be deemed a final order, upon which compliance is required,  until the Court has issued its Memorandum Opinion.

**SO ORDERED**.

REGGIE B. WALTON
United States District Judge