# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re SUNRISE SENIOR LIVING, INC. Derivative Litigation ) ) ) ) | Civil Action No. 07-00143 |
| This Document Relates To:  ) ) ) ALL ACTIONS  ) ) | JOINT STIPULATION AND [PROPOSED] ORDER SETTING A BRIEFING SCHEDULE |

WHEREAS, pursuant to this Court's Order dated March 28, 2008, and Memorandum Opinion dated May 1, 2008, Defendants are required to answer or otherwise respond to Plaintiffs' Amended Consolidated Complaint on or before June 2, 2008;

WHEREAS, Defendants anticipate that they may file motions to dismiss in response to the Amended Consolidated Complaint;

WHEREAS, counsel for the parties have conferred and have agreed to the following briefing schedule;

NOW, THEREFORE, the parties agree and stipulate to the following schedule regarding Defendants' responses to the Amended Consolidated Complaint, and any motion to dismiss that may be filed, subject to the Court's approval:

1. Defendants shall answer or otherwise respond to the Amended Consolidated Complaint on or before June 16, 2008.

2. In the event that one or more Defendants file a motion to dismiss the Amended Consolidated Complaint, Plaintiffs shall respond to such motion(s) on or before July 17, 2008.

3.       Replies in support of any such motion to dismiss shall be filed on or before August 1, 2008.

Dated:  May 13, 2008

**DAVIS, COWELL & BOWE, LLP**

__/s/ Mark Hanna _____
George R. Murphy (DC Bar 75200)
Mark Hanna (DC Bar 471960)
Joni S. Jacobs (DC Bar 493846)
1701 K Street NW, Suite 210
Washington, DC 20006
Telephone:  (202) 223-2620
Facsimile:   (202) 223-8651

*Liaison Counsel*

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Lee Rudy
Eric Lechtzin
J. Daniel Albert
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610)667-7706
Facsimile:   (610)667-7056

**SAXENA WHITE P.A.**
Maya Saxena
Joseph White
2424 North Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  (561) 394-3399
Facsimile:   (561) 394-3382

**ROBBINS, UMEDA, & FINK LLP**
Brian J. Robbins
Felipe J. Arroyo
Ashley R. Palmer
610 West Ash Street, Suite 1800
San Diego, CA  92101
Telephone:  (619) 525-3990
Facsimile:   (619) 525-3991

*Co-Lead Counsels for Plaintiffs*

Dated: May 13, 2008                         **HOGAN & HARTSON, LLP**

                                         __/s/ George H. Mernick_____
George H. Mernick, III (DC Bar 294256)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone:   (202) 637-5726
Facsimile:    (202) 637-5910

N. Thomas Connally (DC Bar 448355)
Jon M. Talotta (DC Bar 473626)
HOGAN & HARTSON, LLP
8300 Greensboro Drive, Suite 1100
McLean, Virginia  22102
Telephone:   (703) 610-6100
Facsimile:    (703) 610-6200

*Attorneys for Nominal Defendant*
*Sunrise Senior Living, Inc.*

Dated: May 13, 2008                         **GIBSON DUNN & CRUTCHER, LLP**

                                         __/s/ John C. Millian_____
John C. Millian (DC Bar 413721)
Jill S. Henderson (DC Bar 451389)
Matthew R. Estabrook (DC Bar 477880)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
*Attorneys for Defendants Carl Adams,*
*Ronald V. Aprahamian, Craig R. Callen,*
*Thomas J. Donohue, Richard A. Doppelt,*
*David W. Faeder, John F. Gaul, J. Douglas*
*Holladay, Larry E. Hulse, Paul L. Klaassen,*
*Teresa M. Klaassen, Pete A. Klisares,*
*William Little, J. Willard Marriott, Jr., Scott*
*F. Meadow, Darcy Moore, Thomas B.*
*Newell, Robert R. Slager, Christian B.A.*

*Slavin, Timothy S. Smick, Brian C. Swinton, Tiffany L. Tomasso*

Dated: May 13, 2008 **AKIN GUMP STRAUSS HAUER & FELD, LLP**

\_\_/s/ John M. Dowd_____
John M. Dowd (DC Bar 003525)
Jeffrey M. King (DC Bar 461644)
Elizabeth C. Peterson (DC Bar 460259)
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendant Bradley R. Rush*

Dated: May 13, 2008 **WILLIAMS & CONNOLLY, LLP**

\_\_/s/ Philip A. Sechler_____
Philip A. Sechler (DC Bar 426358)
Vidya Atre Mirmira (DC Bar 477757)
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant David G. Bradley*

**IT IS SO ORDERED.**

Dated: _____    _____
REGGIE B. WALTON
United States District Judge